IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON JEROME TAYLOR, (Former SPN #02861283) | § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. H-18-0418 |
| THE STATE OF TEXAS, | § § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL**

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on Mar. 23, 2018.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2018\18-0418.a01.wpd